UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IVAN JOHN SCALLAN** | **CIVIL ACTION** |
| **VERSUS** | **NO: 12-0773-JTM-SS** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION "H" (1)** |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly;

**IT IS ORDERED** that the claim of the plaintiff, Ivan John Scallan, be dismissed with prejudice.

New Orleans, Louisiana, this 6th day of March, 2013.

JANE TRICHE MILAZZO
**United States District Judge**